The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5036 RBL |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| RONALD D.C. HALL, | ) | |
| Defendant. | ) | |

The Court having reviewed the government's motion to seal and having reviewed the records and files herein makes the following findings and enters the following order:

IT IS HEREBY ORDERED that the Government's Motion and its attachments be filed under seal until further order of the Court.

DATED this 15th day of February, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney
WSBA #13000
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-4440
E-mail: Susan.Roe@usdoj.gov

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970